# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| ASHLEY GAFFIGAN, | ) | |
| | ) | |
| Plaintiff/Counter-Defendant, | ) | Case No. 1:17-cv-04494 |
| | ) | |
| vs. | ) | Judge Amy J. St. Eve |
| | ) | |
| SUGAR FACTORY ROSEMONT LLC, | ) | |
| a corporation, and KEVIN | ) | |
| KILLERMAN, individually | ) | |
| | ) | |
| Defendants/Counter-Plaintiffs. | ) | |

## STIPULATION TO DISMISS

All claims having been resolved by the parties, pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties to the above-entitled matter hereby stipulate and agree that all claims shall be dismissed with prejudice, with each party to bear her/his/its own attorneys' fees and costs, and the parties affirm that this stipulation is not an admission of any wrongdoing or liability as to any party.

Dated: January 18, 2018                                  Respectfully submitted,


By:     /s/ Daniel Zemans                                By:     /s/ Ilia Usharovich

Daniel Zemans                                            Ilia Usharovich
The Law Offices of Daniel Zemans, LLC                    224 S. Milwaukee Ave Suite G
500 North Michigan Avenue, Suite 600                     Wheeling, IL 60090
Chicago, IL 60611                                        Telephone: 847.264.0435
Telephone: 312.924.1320

*Counsel for Plaintiff/Counter-Defendant*                *Counsel for Defendants/Counter-Plaintiffs*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 18, 2018, I electronically filed the foregoing **Stipulation to Dismiss** with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                                                                   /s/ Daniel Zemans

Daniel Zemans (ARDC #6284309)
The Law Offices of Daniel Zemans, LLC
4542 N. Sheridan Road, #2
Chicago, IL 60640
Phone: (773) 706-7767
Email: dzemans@zemans-law.com